PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:03CR05426-01 SMS** |
| ) | |
| **KENNETH G. HORCH** ) | |
| ) | |

On May 5, 2004, the above-named was placed on probation for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters
Senior United States Probation Officer**

Dated:    February 2, 2006
             Fresno, California


**REVIEWED BY:**    /s/ Bruce A. Vasquez
                   **Bruce A. Vasquez
                   Supervising United States Probation Officer**

SJW:sjw
Attachment:   Recommendation
cc:    United States Attorney's Office
        AUSA's Office
        Fiscal Clerk, Clerk's Office

Rev. 03/2005
PROB35.MRG

Re:   **HORCH, Kenneth G.
Docket Number:   1:03CR5426-01 SMS
ORDER TERMINATING PROBATION
<u>PRIOR TO EXPIRATION DATE</u>**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.


IT IS SO ORDERED.

**Dated:   February 22, 2006**              **/s/ Sandra M. Snyder**
icido3                                              UNITED STATES MAGISTRATE JUDGE